UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 08-25324-BKC-PGH
                                                                Chapter 11
FLORIDA HOUSING CORPORATION,
d/b/a PALM BEACH ASSISTED
LIVING FACILITY,
EIN#65-0764109,
_____Debtor._____/

## DEBTOR IN POSSESSION'S APPLICATION
## FOR EMPLOYMENT OF ATTORNEYS

FLORIDA HOUSING CORPORATION d/b/a PALM BEACH ASSISTED LIVING FACILITY, debtor in possession, respectfully requests an order of the court authorizing the employment of the law firm of FRANK, WHITE-BOYD, P.A. to represent the debtor in this case and states:

1. On October 15, 2008, the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2. The debtor desires to employ the firm FRANK, WHITE-BOYD, P.A. (the "firm") as attorneys in this case.

3. The debtor believes that the attorneys affiliated with the firm are qualified to practice in this court and are qualified to advise the debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorneys will render are summarized as follows:

   (a) To give advice to the debtor with respect to its powers and duties as a debtor in possession and the continued management of its business operations;

   (b) To advise the debtor with respect to its responsibilities in complying with the U.S. trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

   (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the

              administration of the case;

(d)    To protect the interest of the debtor in all matters pending before the court;

(e)    To represent the debtor in negotiation with its creditors in the preparation of a plan.

5.    To the best of the debtor's knowledge, no attorney's in the firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said law firm or its attorneys represent any interest adverse to the debtor.

6.    Attached to this motion is the proposed attorney's affidavit demonstrating that FRANK, WHITE-BOYD, P.A. is disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the debtor respectfully requests an order authorizing retention of FRANK, WHITE-BOYD, P.A. on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

I CERTIFY that a true copy of this application was mailed on _October 16th_, 2008 to the parties indicated below.

                                       FLORIDA HOUSING CORPORATION

By: _____
      Joseph Glucksman, President

**Copies to:**
Debtor
U.S. trustee
Attorney for Creditor's Committee or
if none 20 largest unsecured creditors
All Appearances

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                      Case No. 08-25324-BKC-PGH
                                            Chapter 11

FLORIDA HOUSING CORPORATION,
d/b/a PALM BEACH ASSISTED
LIVING FACILITY,
EIN#65-0764109,
       Debtor._____/

## AFFIDAVIT OF PROPOSED ATTORNEYS FOR DEBTOR IN POSSESSION

STATE OF FLORIDA       )
                                   ) ss
COUNTY OF PALM BEACH  )

      JULIANNE R. FRANK, ESQ. as President of FRANK, WHITE-BOYD, P.A. being duly sworn, says:

      1. We are attorneys admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

      2. We are employed by the law firm of FRANK, WHITE-BOYD, P.A. with offices located at 11382 Prosperity Farms Rd., #230, Palm Beach Gardens, FL 33410.

      3. None of us nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

      4. Except for the continuing representation of the debtor, none of us nor the firm has or will represent any other entity in connection with this case and none of us nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

      FURTHER AFFIANT SAYETH NAUGHT.

                                                                           Julianne R. Frank, Esq., President
                                                                            FRANK, WHITE-BOYD, P.A.

Sworn to and Subscribed before
on October 15, 2008.

_____
Notary Public, State of Florida
My commission expires:

MATILDA GARCIA
Comm# DD0818245
Expires 9/19/2012
Florida Notary Assn., Inc

Copies to:
All parties served with application for employment.

LF-17 (rev. 12/01/02)