

ORDERED in the Southern District of Florida on October 29, 2008.

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No. 08-25324-BKC-PGH
                                                                         Chapter 11
FLORIDA HOUSING CORPORATION,
d/b/a Palm Beach Assisted Living Facility
EIN# 65-0764109,
      Debtor.                             /

### ORDER PROVISIONALLY APPROVING EMPLOYMENT OF
### DEBTOR IN POSSESSION'S ATTORNEYS

THIS CAUSE came on before the court on October 20, 2008 upon the Debtor in Possession's Application for Employment of the law firm of FRANK, WHITE-BOYD, P.A. in this case and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

Based on the profer of counsel, the Court finds that counsel is competent, disinterested and essential to the Debtor's reorganization effort. Accordingly, counsel is provisionally approved as Debtor's counsel. Creditors shall have 20 days to file a written objection to the retention whereafter counsel shall submit a final order of retention and said

order shall be entered on a ex-parte basis.

### ###

**Submitted by:**
JULIANNE R. FRANK, ESQ.
Frank, White-Boyd, P.A.
11382 Prosperity Farms Rd., #230
Palm Beach Gardens, FL 33410
(561) 626-4700
(561) 627-9479-fax


**Copy provided by electronic mail to:**

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Richard H. Malchon Jr.    richard.malchon@ruden.com

**Copy provided by U.S. Mail to:**

Florida Housing Corporation
534 Datura Street
West Palm Beach, FL 33401

Julianne R. Frank, Esq. is hereby directed to forward a copy of this Order immediately upon receipt of same to all creditors and any parties of interest and file a certificate of service.