IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 08-25324-BKC-PGH
Chapter 11

IN RE:

FLORIDA HOUSING CORPORATION

    Debtor.
_____/

## NOTICE OF FILING AMENDED AFFIDAVIT OF INDEBTEDNESS IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION (CORRECTED) AND OBJECTIONS TO USE OF CASH COLLATERAL FILED BY CREDITOR WACHOVIA BANK NATIONAL ASSOCIATION

    Secured creditor WACHOVIA BANK, NATIONAL ASSOCIATION ("Wachovia"), by and through undersigned counsel, hereby files its notice of filing the Amended Affidavit of Indebtedness of Edgar Bermudez, Assistant Vice President of Wachovia Bank, National Association, in support of its Motion for Adequate Protection (Corrected) and Objections to Use of Cash Collateral Filed By Creditor Wachovia Bank National Association, to be incorporated and made a part of the record.

## CERTIFICATION

    The undersigned counsel for Wachovia Bank, N.A certifies that I am admitted to the Bar of the United States District Court for the Southern District of Florida and are in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    Respectfully Submitted,

Carlton Fields, P.A.
Attorneys for Creditor Wachovia Bank, NA
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone:   (305) 530-0050
Facsimile:   (305) 530-0055
nmclachlan@carltonfields.com

By: s/Niall T. McLachlan
    Niall T. McLachlan
    Fla. Bar No. 059552

14309221.1

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 16th day of December 2008, a true and correct copy of the foregoing was served electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following parties and counsel of record:

Julianne R. Frank    fwbbnk@bellsouth.net , mgarbnk@bellsouth.net
Attorneys for Debtor

Richard H Malchon, Jr,    richard.malchon@ruden.com
Attorney for Archon Financial Group and LaSalle Bank

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov


      I HEREBY CERTIFY that on the 16th day of December 2008, a true and correct copy of the foregoing was served electronically with the Clerk of the Court by using the CM/ECF system and a true and correct copy of the foregoing was served via U.S. Mail on the following parties:

Florida Housing Corp.
534 Datura Street
West Palm Beach, Florida 33401

CapMark Finance, Inc.
Attn.: Thomas M. Wainscott, Vice President
700 No. Pearl Street
#2200
Dallas, Texas 75201


                                                ___s/ Niall T. McLachlan_____
                                                  Niall T. McLachlan

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 08-25324-BKC-PGH
Chapter 11

IN RE:

FLORIDA HOUSING CORPORATION

    Debtor.

_____/

### AMENDED AFFIDAVIT OF INDEBTEDNESS

STATE OF NORTH CAROLINA  )
                                    )  SS:
COUNTY OF MECKLENBURG  )

    BEFORE ME, the undersigned authority, personally appeared EDGAR BERMUDEZ, Assistant Vice President, WACHOVIA BANK, NATIONAL ASSOCIATION, who after being duly sworn states:

    1.    My name is EDGAR BERMUDEZ and I am over 21 years of age. I am an Assistant Vice President of Wachovia Bank, National Association ("Wachovia" or "Bank") and make this affidavit in that capacity.

    2.    The information contained herein is based on my own personal knowledge or from my review of the Bank's records. The Bank's records of the matters being recorded are made at or near the time, by, or from information transmitted by, a person with knowledge of the matters being recorded. Said records are made and kept in the course of the Bank's regularly conducted business activities, and it is the regular practice of the Bank's business activities to make such records.

    3.    On October 27, 2006, Florida Housing Corporation executed and delivered to Wachovia a two renewal promissory notes in the amounts of $147,275.11 ("Note 1") and $101,492.50 ("Note 2"), which Notes renewed two promissory notes dated September 27, 2004 in the amounts of $162,523.00 and $112,000.00, respectively. True and correct

14274264.1

In re: **Florida Housing Corporation**
CASE NO.: 08-25324-BKC-PGH

copies of Note 1 and Note 2 are attached hereto as Exhibits "A" and "B", respectively.

5. The Bank owns and holds Note 1 and Note 2. The Notes are in default due to the Florida Housing Corporation's failure to make payments as agreed as well as the its filing of the petition for relief under Chapter 11 in this case on October 15, 2008,

6. As of December 5, 2008, the Debtor owes Wachovia the following amounts under Note 1 and Note 2:

|              | **Note 1**    | **Note 2**   | **Totals**    |
|--------------|---------------|--------------|---------------|
| Principal    | $134,468.62   | $92,607.90   | $227,076.52   |
| Interest     | 2,229.24      | 1,517.51     | 3,746.75      |
| Late Charges | 79.30         | 54.35        | 133.65        |
| Total        | $136,777.16   | $94,179.76   | $230,956.92   |

7. Interest continues to accrue at the rates of $32.309 and $21.994, respectively, under Note 1 and Note 2.

8. As of October 15, 2008, Florida Housing Corporation maintained at least two deposit accounts at Wachovia Bank, account nos. 2000143741664 and 2000015402248. As of October 15, 2008, the balance in account no. 2000143741664 was $133,872.11 and the balance in account no. 2000015402248 was $1,569.30.

FURTHER AFFIANT SAYETH NOT.

_____
EDGAR BERMUDEZ
Assistant Vice President
Wachovia Bank, National Association

STATE OF NORTH CAROLINA  )
                         )  SS:
COUNTY OF MECKLENBURG    )

SWORN TO AND SUBSCRIBED on this day, before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgements, by EDGAR BERMUDEZ, as Assistant Vice President of WACHOVIA BANK, NATIONAL ASSOCIATION.

WITNESS my hand and official seal in the County and State last aforesaid this 16th day of December, 2008.

_____
NOTARY PUBLIC

**In re: Florida Housing Corporation**
CASE NO.: 08-25324-BKC-PGH

STATE OF NORTH CAROLINA
Name: Jacqueline D Perry

(✓) Personally known or ( ) Produced Edgar Bermudez as identification.

My Commission Expires: August 6, 2013

*[Notary Seal: Jacqueline D. Perry, Notary Public, Mecklenburg County, N.C., My Comm. Exp. August 6, 2013]*

14274264.1                    3