UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**

FLORIDA HOUSING CORPORATION.
d/b/a Palm Beach Assisted Living Facility

CASE No. 08-25324-BKC-PGH
Chapter 11

Debtor.

_____/

## LaSALLE BANK AS TRUSTEE'S RESPONSE AND LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION TO SELL FREE AND CLEAR OF LIENS

LASALLE BANK NATIONAL ASSOCIATION (f/k/a LaSalle  Nation Bank), as Trustee for the GS Mortgage Securities Corporation II, Commercial Mortgage Pass-Through Certificate, Series 1998-CI ("LaSALLE BANK AS TRUSTEE"), by and through its undersigned attorneys, files this Response and Limited Objection to Debtor's Emergency  Motion to Approve Sale of Debtor's Assets Free and Clear of Liens, Encumbrances, Claims and Interests and for Shortened Notice ("Debtor's Motion to Sell Free and Clear of Liens") [D.E. #92], and avers:

1.      LaSALLE BANK AS TRUSTEE holds a perfected  first security interest in DEBTOR'S real and personal property including rents and revenues generated thereby along with DEBTOR'S general intangibles in an amount in excess of $4,600,000.00, all as more fully described in LaSALLE BANK S TRUSTEE'S Proof of Claim filed in this case and denominated as Claim No. 10.

2.      DEBTOR'S Motion to Sell Free and Clear of Liens seeks authority to sell all or substantially all of DEBTOR'S assets to Gold Standard of Care, LLC ("Gold Standard"),

RM:6394805:1

pursuant to an Asset Purchase Agreement entered into by DEBTOR and Gold Standard on April 27, 2009 (the "Assets Purchase Agreement").

3.    LaSALLE BANK S TRUSTEE objects to certain provisions contained in Section 5.7 of the Asset Purchase Agreement relating to Gold Standard being entitled to receive a termination fee in the event a third party should out bid Gold Standard for the DEBTOR'S assets.

4.    Specifically, Section 5.7 of the Asset Purchase Agreement provides for Gold Standard to receive a breakup or termination fee in the amount of 4% of any price ultimately offered by any successful third party bidder (the "4% Termination Fee"), which 4% Termination Fee would be due and payable by the successful third party bidder within five days of said third party bidder executing an Asset Purchase Agreement or other comparable documentation.

5.    Alternatively, Section 5.7 of the Asset Purchase Agreement provides that should the DEBTOR otherwise consummate a "Liquidation Plan", presumably in lieu of proceeding forward under the Asset Purchase Agreement, Gold Standard would then be entitled to receive the 4% Termination Fee within five days of the Court confirming DEBTOR'S Liquidation Plan.

6.    Under either of the above scenarios, the Asset Purchase Agreement provides that Gold Standard would have an allowed secured claim for the 4% Termination Fee pursuant to Section 364(d)(1) of the Bankruptcy Code with lien priority in the assets of the DEBTOR, or proceeds from the sale thereof, senior to all other liens including the perfected first security interest of LaSALLE BANK AS TRUSTEE.

7.    Section 364 of the Bankruptcy Code is totally inapplicable to either the payment of a breakup or termination fee by a DEBTOR to a prospective purchaser under Section 363 of the Bankruptcy Code, or securing the payment of any such breakup or termination fee.

8.      Further, regardless of the applicability of Section 364 of the Bankruptcy Code to the payment or securing the payment of a breakup or termination fee due to a prospective purchaser under Section 363 of the Bankruptcy Code, neither the DEBTOR nor Gold Standard has provided any showing that the requirements imposed by Section 364(d)(1) of the Bankruptcy Code on providing a lien superior to that held by LaSALLE BANK AS TRUSTEE have been met.

9.      Although LaSALLE BANK AS TRUSTEE, has conditionally agreed to release its lien on DEBTOR'S assets and to waive any deficiency claim against DEBTOR'S estate upon receipt of both $2,600,000 cash at closing and all adequate protection payments due and owing to it through closing under the Interim and Cash Collateral Orders entered in this case, LaSALLE BANK AS TRUSTEE'S consent to any such short sale is specifically conditioned upon it receiving a full and unconditional release of and from any and all claims or causes of action which the DEBTOR, the reorganized Debtor, the Estate, or any subsequent Trustee have or may have against LaSALLE BANK AS TRUSTEE, any bondholders under the relevant CMBS facility, its agents, officers or employees, including, but not limited, to any claims or causes of action under Chapter 5 of the Bankruptcy Code.

WHEREFORE, LaSALLE BANK AS TRUSTEE, requests that any Order granting DEBTOR'S Motion to Sell Free and Clear of Liens entered herein appropriately modify both the terms of the Asset Purchase Agreement and DEBTOR'S Motion to Sell Free and Clear of Claims so as to fully resolve LaSALLE BANK as TRUSTEE'S objections thereto as above set forth.

RM:6394805:1

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and I am in compliance with the additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A).

/s/ Richard H. Malchon, Jr.
RICHARD H. MALCHON, JR., ESQUIRE
Florida Bar No. 188232
Ruden, McClosky, Smith, Schuster
  & Russell, P.A.
2700 SunTrust Financial Centre
401 East Jackson Street
Tampa, FL 33602
Tel: (813) 222-6637
Fax: (727) 502-8976
Attorneys for LaSALLE BANK AS TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response and Objection to Debtor's Motion to Sell Free and Clear of Liens has been furnished either by this Court's CM/ECF electronic noticing system or by United States mail, postage prepaid, to Debtor Florida Housing Florida dba Palm Beach Assisted Living Facility, 534 Datura Street, West Palm Beach, FL 33401; Debtor's counsel, Julianne R. Frank, Esq., 11382 Prosperity Farms Rd., #230, Palm Beach Gardens, FL 33410, Gold Standard's counsel, Ely R. Levy, Esq., Militzok & Levy, P.A., The Yankee Clipper Law Center, 3230 Stirling Road, Suite 1, Hollywood, FL 33021, and to all parties listed on the attached service list, this 4th day of May 2009

/s/ Richard H. Malchon, Jr.
RICHARD H. MALCHON, JR., ESQUIRE

Label Matrix for local noticing
113C-9
Case 08-25324-PGH
Southern District of Florida
West Palm Beach
Mon May  4 16:39:49 EDT 2009

Agency for Health Care Administration
c/o James H. Harris, Esq.
525 Mirror Lake Drive, N
#330H
St. Petersburg, FL 33701-3242

Florida Housing Corporation
534 Datura Street
West Palm Beach, FL 33401-5308

LaSalle Bank National Association, as Truste
c/o Richard H. Malchon, Jr., Esq.
Ruden, McClosky, et al
401 E. Jackson St.
Suite 2700
Tampa, FL 33602-5841

Palm Beach County Tax Collector
c/o Brian T. Hanlon, Esq.
POB 3715
West Palm Beach, FL 33402-3715

Wachovia Bank National Association
c/o Niall T. McLachlan
100 SE 2 St
Miami, FL 33131-2100

Alarm Guard
3965 Investment Lane
Riviera Beach, FL 33404-1787

American Express
P.O. Box 360001
Ft. Lauderdale, FL  33336-0001

American Honda Finance
P.O. Box 740565
Atlanta, GA  30374-0565

American Honda Finance
POB 168088
Irving, TX 75016-8088

American Hospitals Patient Guide
Post Office Box 131
Schenectady, NY 12301-0131

Amerimedz II
10641 SW 37th Place
Davie, FL 33328-1310

Angel Aids Center, Inc.
C/O Law Offices Of Geoffrey D. Ittleman
2500 Hollywood Blvd., Ste. 309
Hollywood, FL 33020-6615

Aramatic Refreshment Services Of
Southeastern FL, Inc.
595 S.W. 13th Terrace, Suite C
Pompano, FL 33069-3519

Atlantic Elevator
C/O ThyssenKrupp
7567 Central Industrial Drive
Riviera Beach, FL 33404-3423

Best Com
1560 Latham Rd., Ste. #3
West Palm Beach, FL 33409-5185

CapMark Finance Inc.
Thomas M. Wainscott - Vice President
700 No Pearl Street, #2200
Dallas, TX 75201-4102

Capital One Visa
P.O. Box 85184
Richmond, VA  23285-5184

City of West Palm Beach
City Attorney's Office
POB 3366
West Palm Beach, FL 33402-3366

Clayton Exterminating
14120 82nd Lane
North Loxahatchee, FL 33470-4301

Comcast
Post Office Box 105184
Atlanta, GA  30348-5184

Contact Property Management
C/O D. Mandel
7251 W. Palmetto Park Rd., Ste. 306
Boca Raton, FL 33433-3487

DHL Express
Post Office Box 277290
Atlanta, GA 30384-7290

Dina Schwartz
125 Ocean Ave., Apt. 406
Palm Beach Shores, FL 33404-5750

Du-All Sewer And Drain
509 South 'H' Street
Lake Worth, FL 33460-4438

Ecolab
Post Office Box 905327
Charlotte, NC  28290-5327

Evelyn Strobel
2 Citrus Dr.
Riviera Beach, FL 33404-3022

Frank Crum, Inc.
100 So. Missouri Ave.
Clearwater, FL 33756-5763

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948

GMAC
PO Box 130424
Roseville, MN 55113-0004

GMAC
Processing Center
Post Office Box 70309
Charlotte, NC  28272-0309

Gordan Food Service
Post Office Box 40472
Atlanta, GA  31192-0472

Health Care Services Group Inc.
3220 Tillman Dr.; Suite 300
Bensalem, PA 19020-2028

Healthcare Services Group, Inc.
794 South Military Trail
Deerfield Beach, FL 33442-3025

Henry Robinson, Estate Of Julia Robinson
C/O F. Shields McManus, Esq.
221 East Osceola Street
Stuart, FL 34994-2213

(p)IMPERIAL A I CREDIT COMPANIES INC
101 HUDSON STREET
34TH FLOOR
JERSEY CITY NJ 07302-3905

Imperial Premium Finance, Inc
101 Hudson St # 34 Floor
Jersey City, NJ 07302-3905

Ivory Joe Christen
Personal Gurantor
10641 SW 37th Place
Davie, FL 33328-1310

Jennifer Richardson
3805 Broadway Apt. 136
West Palm Beach, FL 33407-4320

Joe Glucksman
C/O Florida Housing Corp
534 Datura Street
West Palm Beach, FL 33401-5308

Joe Glucksman
Co-Lessee C/O Florida Housing Corp
534 Datura Street
West Palm Beach, FL 33401-5308

Johnston Supply
5620 NW 12th Ave., Ste 101
Ft. Lauderdale, FL 33309-6612

Joseph Adino
C/O Florida Housing Corporation
534 Datura Street
West Palm Beach, FL 33401-5308

Joseph Glucksman
C/O Florida Housing Corp.
534 Dautra Street
West Palm Beach, FL 33401-5308

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Lisa & Joseph Glucksman
1615 Hollyhock Road
Wellington, FL 33414-8626

Lorwood H.C.S. Inc.
20535 Biscayne Blvd., Ste. 4239
Adventura, FL  33180

Mary Hunter
C/O Florida Housing Corporation
534 Datura Street
West Palm Beach, FL 33401-5308

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PBC Commission On Affordable Housing
C/O HCD Board Of County Commission
301 No. Olive Ave.
West Palm Beach, FL 33401-4700

Phillip Price
C/O Florida Housing Corporation
534 Datrura Street
West Palm Beach, FL 33401-5308

Rampell & Rampell, PA
223 Sunset Ave #200
Palm Beach, FL 33480-3855

Richard Phelps
C/O Florida Housing Corporation
534 Datura Street
West Palm Beach, FL 33401-5308

Richard Walsh
C/O Florida Housing Corporation
534 Datura Street
West Palm Beach, FL 33401-5308

Rory Glucksman
966 38th Street
West Palm Beach, FL 33407-4008

Rose Greynolds
c/o Ronald Greynolds,
34 Kelly Fields Dr
Alexander, NC 28701-8200

Ruden McClosky
Attn: Richard H. Malchon Jr.
401 East Jackson Street; Suite 2700
Tampa, FL 33602-5841

South Florida Affordable
Housing Corporation
6521 NW 34th Ave.
Ft. Lauderdale, FL 33309-1639

State of Florida
Agency for Health Care Administration
Finance and Accounting
2727 Mahan Drive, Blg 3
Tallahassee, FL 32308-5407

ThyssenKrup
7567 Central Industrial Drive
Riviera Beach, FL 33404-3423

Tyco Fire & Security
Simplex Grinell
1440 W. Indiantown Rd., Suite 250
Jupiter, FL 33458-7997

Wachovia Bank NA
Commercial Loan Payment Center
P.O. Box 740502
Atlanta, GA 30374-0502

West Palm Beach CRA
200 Second Street, Finance
West Palm Beach, FL 33401-4799


Henry Robinson
for the estate of Julia Robinson
c/o Hugh J. Eighmie II
221 East Osceola St
Stuart, FL 34994-2213

Julianne R. Frank Esq.
11382 Prosperity Farms Rd. #230
Palm Beach Gardens, FL 33410-3463

Nadine V. White-Boyd
11382 Prosperity Farms Rd # 230
Palm Beach Gardens, FL 33410-3463


Narda E. Butner
420 Clematis St 2nd Floor
West Palm Beach, FL 33401-5311

Rose Greynolds
c/o Ronald Greynolds, guardian
34 Kelly Fields Dr
Alexander, NC 28701-8200


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Imperial Premium Finance Inc.
P.O. Box 9045
New York, NY  10087-9045

Lexus Financial Services
P.O. Box 17187
Baltimore, MD  21297-0511

(d)Toyota Motor Credit Corporation
500 Redbrook Blvd.
Owings Mills, MD 21117


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)LaSalle Bank National Association, as Trus
c/o Richard H. Malchon, Jr., Esq
Ruden, McClosky, et al
401 E. Jackson St., Ste 2700
Tampa, FL 33602-5841

(d)Wachovia Bank, NA
Commercial Loan Payment Center
PO Box 740502
Atlanta, GA  30374-0502


End of Label Matrix
Mailable recipients     67
Bypassed recipients      3
Total                   70