# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 08-25324-BKC-PGH
Chapter 11

FLORIDA HOUSING CORPORATION
d/b/a Palm Beach Assisted Living Facility
EIN# 65-0764109,
        Debtor.        /

## SUMMARY OF FIRST FEE APPLICATION OF
## ACCOUNTANT

| # | Item | Value |
|---|---|---|
| 1. | Name of applicant: | Narda E. Butner, C.P.A., P.A. |
| 2. | Role of applicant: | Accountant for Florida Housing Corporation |
| 3. | Name of certifying professional: | Narda E. Butner, C.P.A. |
| 4. | Date case filed: | October 15, 2008 |
| 5. | Date of application for employment: | November 26, 2008 |
| 6. | Date of order approving employment: | December 11, 2008 |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | N/A |
| 8. | Date of this application: | October 1, 2009 |
| 9. | Dates of services covered: | August 1, 2009 to September 30, 2009 |
| 10. | If case is chapter 7, amount trustee has on hand: | $ 0.00 |

**Fees...**

| # | Item | Value |
|---|---|---|
| 11. | Total fee requested for this period (from Exhibit 1) | $ 2,012.50 |
| 12. | Balance remaining in fee retainer account, not yet awarded | ($ 0.00) |
| 13. | Fees paid or advanced for this period, by other sources | ($ 0.00) |
| 14. | **Net amount of fee requested for this period** | $ 2,012.50 |

**Expenses...**

| | | | |
|---|---|---|---|
| 15. | Total expense reimbursement requested for this period | $ | 0.00 |
| 16. | Balance remaining in expense retainer account, not yet received | ($ | 0.00) |
| 17. | Expenses paid or advanced for this period, by other sources | ($ | 0.00) |
| 18. | **Net amount of expense reimbursements requested for this period** | **$** | **0.00** |
| 19. | Gross award requested for this period (#11 + #15) | | $ 2,012.50 |
| 20. | Net award requested for this period (#14 + #18) | | $ 2,012.50 |
| 21. | If <u>Final</u> Fee Application, amounts of net awards requested in interim Applications but <u>not previously awarded</u> (total from History of Fees and Expenses, following pages): | $ | 0.00 |
| 22. | **Final fee and expense award requested (#20 + #21)** | | **$ 2,012.50** |

## History of Fees and Expenses

1. Dates, sources, and amounts of retainers received:

   <u>Dates</u>    <u>Sources</u>    <u>Amounts</u>            <u>For fees or costs?</u>

   **N/A**

2. Dates, sources, and amounts of third party payments received:

   <u>Dates</u>    <u>Sources</u>    <u>Amounts</u>            <u>For fees or costs?</u>

   **N/A**

3. Prior fee and expense awards...

|  | **Prior Fee Awards** | **Prior Expense Awards** |
|---|---|---|
| **First interim application** | | |
| Dates covered by first application: | N/A | |
| Amount of fees requested: | $ 0.00 | $ 0.00 |
| Amount of expenses requested: | $ 0.00 | $ 0.00 |
| Amount of fees awarded: | $ 0.00 | $ 0.00 |
| Amount of expenses awarded: | $ 0.00 | $ 0.00 |
| Amount of fee retainer authorized to be used: | $ 0.00 | |
| Amount of expense retainer authorized to be used: | | $ 0.00 |

|                                                           | Prior Fee Awards | Prior Expense Awards |
|-----------------------------------------------------------|------------------|----------------------|
| Fee award, net of retainer                                | $ 0.00           | $ 0.00               |
| Expense award, net of retainer                            |                  | $ 0.00               |
| Date of first award:                                      | N/A              |                      |
| Amount of fees actually paid:                             | $ 0.00           |                      |
| Amount of expense reimbursement actually paid:            |                  | $ 0.00               |
| Amount of fees requested but not awarded, that applicant wishes to defer to final fee application: | $ 0.00 |       |
| Amount of expenses requested but not awarded, that applicant wishes to defer to final fee application |     | $ 0.00 |

| Second Interim application                                | Prior Fee Awards | Prior Expense Awards |
|-----------------------------------------------------------|------------------|----------------------|
| Dates covered by first application:                       |                  |                      |
| Amount of fees requested:                                 | $ 0.00           | $ 0.00               |
| Amount of expenses requested:                             |                  | $ 0.00               |
| Amount of fees awarded:                                   | $ 0.00           |                      |
| Amount of expenses awarded:                               |                  | $ 0.00               |
| Amount of fee retainer authorized to be used:             | $ 0.00           |                      |
| Amount of expense retainer authorized to be used:         |                  | $ 0.00               |
| Fee award, net of retainer                                | $ 0.00           |                      |
| Expense award, net of retainer                            |                  | $ 0.00               |
| Date of first award:                                      | N/A              |                      |

|                                                           | Prior Fee Awards | Prior Expense Awards |
|-----------------------------------------------------------|------------------|----------------------|
| Amount of fees actually paid:                             | $ 0.00           |                      |
| Amount of expense reimbursement actually paid:            |                  | $ 0.00               |
| Amount of fees requested but not awarded, that applicant wishes to defer to final fee application: | $ 0.00 |       |
| Amount of expenses requested but not awarded, that applicant wishes to defer to final fee application: |    | $ 0.00 |

**Third interim application...**

| | | |
|---|---|---|
| Dates covered by first application: | N/A | |
| Amount of fees requested: | $ 0.00 | |
| Amount of expenses requested: | | $ 0.00 |
| Amount of fees awarded: | $ 0.00 | |
| Amount of expenses awarded: | | $ 0.00 |
| Amount of fee retainer authorized to be used: | $ 0.00 | |
| Amount of expense retainer authorized to be used: | | $ 0.00 |
| Fee award, net of retainer | $ 0.00 | |
| Expense award, net of retainer | | $ 0.00 |
| Date of first award: | N/A | |
| Amount of fees actually paid: | $ 0.00 | |
| Amount of expense reimbursement actually paid: | | $ 0.00 |
| Amount of fees requested but not awarded, that applicant wishes to defer to final fee application: | $ 0.00 | |
| Amount of expenses requested but not awarded, that applicant wishes to defer to final fee application: | | $ 0.00 |

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| **Fourth interim application...** | | |
| Dates covered by first application: | N/A | |
| Amount of fees requested: | $ 0.00 | |
| Amount of expenses requested: | | $ 0.00 |
| Amount of fees awarded: | $ 0.00 | |
| Amount of expenses awarded: | | $ 0.00 |
| Amount of fee retainer authorized to be used: | $ 0.00 | |
| Amount of expense retainer authorized to be used: | | $ 0.00 |
| Fee award, net of retainer | $ 0.00 | |
| Expense award, net of retainer | | $ 0.00 |
| Date of first award: | N/A | |
| Amount of fees actually paid: | $ 0.00 | |
| Amount of expense reimbursement actually paid: | | $ 0.00 |
| Amount of fees requested but not awarded, that applicant wishes to defer to final fee application: | $ 0.00 | |
| Amount of expenses requested but not awarded, that applicant wishes to defer to final fee application: | | $ 0.00 |

**Summary of All Prior Applications and Awards**

| | | |
|---|---|---|
| Total fees requested | $ | 0.00 |
| Total fees awarded | $ | 0.00 |
| Prior fees awarded but not yet paid, if any | $ | 0.00 |
| (Do not include holdbacks in this number) | | |
| Total prior fees requested but not awarded, | $ | 0.00 |
| deferred to final fee application | | |

| | | |
|---|---|---|
| Total expenses requested | $ | 0.00 |
| Total expenses awarded | $ | 0.00 |
| Prior expenses awarded but not yet paid, if any | $ | 0.00 |
| (Do not include holdbacks in this number) | | |
| Total prior expenses requested but not awarded, | $ | 0.00 |
| deferred to final fee application | | |

## Fee Application

Narda E. Butner, accountant to the Florida Housing Corporation., applies for interim compensation for fees for services rendered and costs incurred in this Chapter proceeding. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1- A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses. – N/A

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of **$2,012.50** for eleven and a half (11.5) hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir.. 1977), as follows:

| | |
|---|---|
| The Time and Labor Required: | 11.5 |
| The Novelty and Difficulty of the Services Rendered: | Accounting Services in connection with preparation of tax return for exempt organization for 2008 |
| The Skill Requisite to Perform the Services Properly: | Certified Public Accountant |
| The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case: | none |
| The Customary Fee: | $ 175.00 |
| Whether the Fee is Fixed or Contingent: | N/A |
| Time Limitations Imposed by the Client or Other Circumstances: | none |
| The Experience, Reputation, and Ability of the Professional: | Certified Public Accountant |
| The Undesirability of the Case: | N/A |
| The Nature and Length of the Professional Relationship of the Client: | 2 years |
| Awards in Similar Cases: | N/A |

The applicant seeks an interim award of fees in the amount of $ 2,012.50 and costs in the amount of $ 0.00.

## Certification

1. I have been designated by the Florida Housing Corporation as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines). - N/A - **Accountant not seeking reimbursement for any expenditures.**

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party. – N/A – **No fees were paid to any third parties.**

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: __**none**__

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Summary of First Fee Application of Accountant has been forwarded this 1 day of October, 2009, by U.S. Mail to all interested parties on the service List listed below.

*Narda E. Butner*

Narda E. Butner, C.P.A., P.A.

Accountant for Florida Housing Corporation
d/b/a Palm Beach Assisted Living Facility

420 Clematis Street, 2nd Floor
West Palm Beach, FL 33401
Tel.: (561) 653-3330

## SERVICE LIST

**Notice provided by electronic mail to:**
Richard H. Malchon JR     richard.malchon@ruden.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Notice provided by U.S. Mail to:**
Florida Housing Corporation
Attn.: Joe Glucksman
534 Datura Street
West Palm Beach, FL 33401

Hugh J. Eighmie
221 E. Osceola Street
Stuart, FL 34994

Rose Greynolds
c/o Ronald Greynolds, guardian
34 Kelly Fields Drive
Alexander, NC 28701

## Summary of Professional and Paraprofessional Time Total per Individual for this Period Only (EXHIBIT "1-A")

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate* | Fee |
|---|---|---|---|---|---|
| Narda E. Butner, CPA, PA | | 1985 | 11.5 | $ 175 | $ 2,012.50 |
| Blended Average Hourly Rate: | | | | $ 175 | |
| Total fees: | | | | | $ 2,012.50 |

- Indicate any changes in hourly rate and the date of such change:

# EXHIBIT "1"

## Summary of Professional and Paraprofessional Time by Activity Code Category for this Time Period Only
### (EXHIBIT "1-B")

Activity Code: _____

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Narda E. Butner, CPA, PA | $ 175 | 11.5 | $ 2,012.50 |
| Associates: | | | | |
| Paralegals: | | | | |
|  | Activity Subtotal: | | | $ 2,012.50 |

## Summary of Requested Reimbursement Of Expenses
## for this Time Period Only

[If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

1. Filing Fees                                                          $_____

2. Process Service Fees                                                 $_____

3. Witness Fees                                                         $_____

4. Court Reporter Fees and Transcripts                                  $_____

5. Lien and Title Searches                                              $_____

6. Photocopies

    (a) In-house copies ($_____ at 15¢/page)                           $_____

    (b) Outside copies ($_____)                                        $_____

7. Postage                                                              $_____

8. Overnight Delivery Charges                                           $_____

9. Outside Courier/Messenger Services                                   $_____

10. Long Distance Telephone Charges                                     $_____

11. Long Distance Fax Transmissions

    (copies at $1/page)                                                 $_____

12. Computerized Research                                               $_____

13. Out-of-Southern-District-of-Florida Travel                          $_____

    (a) Transportation      ($_____)

    (b) Lodging             ($_____)

    (c) Meals               ($_____)

14. Other Permissible Expenses (must specify and justify)               $_____

    (a)                                                                 ($_____)

    (b)                                                                 ($_____)

Total Expense Reimbursement Requested                                   $_____

LF-89 (rev. 06/02/08)              Page 11 of 11

# NARDA E. BUTNER, C.P.A., P.A.
Certified Public Accountant

420 Clematis Street, 2nd Floor
West Palm Beach, Florida 33401
561.653.3330 • Fax 561.366.9251



Invoice No.: 2543
Page No.: 1
Date: 09/30/09
Customer No.: FHC01

**FILE COPY**

Attention:

| Hours | Description | Rate | Extended Amount |
|---|---|---|---|
| 11.50 | Preparation of form 990 Return of Organization Exempt from Income Taxes. Preparation of form 990-T Exempt Organization Business Income Tax Return. Accounting for the year ending December 31, 2008. | 175.00 Hours | 2,012.50 |

|  |  |
|---|---|
| Invoice Total | 2,012.50 |
| Less Discount Available if paid by 09/30/09 | 0.00 |
| Less Payments Received | 0.00 |
| Less Discount Honored | 0.00 |
| **Total Due** $ | **2,012.50** |

**Current Period Activity:**

| Date | Activity Type | Reference Number | Amount |
|---|---|---|---|
| 01/08/09 | Invoice | 2295 | 1,200.00 |
| 03/04/09 | Check | 10011 | -1,200.00 |

|  |  |
|---|---|
| Beginning Balance | 0.00 |
| Plus Current Invoice Activity | 1,200.00 |
| Less Payments Received | 1,200.00 |
| Less Discounts Honored | 0.00 |
| **Open Balance** $ | **0.00** |

Discount Available    0.00 as of 09/29/09

**Aging Information:**

| Current | Over 30 Days Old | Over 60 Days Old | Over 90 Days Old | Over 120 Days Old |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |  |

Invoice is due upon receipt. Please be advised that an interest charge of 1.5% per month will be added to all outstanding balances over 30 days.