UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: : CHAPTER 11
:
FLORIDA HOUSING CORPORATION, : CASE NO. 08-25324-BKC-PGH
:
Debtor. :

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and respectfully moves this Court to enter an order dismissing, or converting to Chapter 7, the above-styled case. As cause therefore, the United States Trustee shows as follows.

1. Debtor filed a petition for voluntary relief under Chapter 11 on October 15, 2008.

2. Debtor operated as an assisted living facility.

3. Debtor's schedules reflect assets with an approximate value of $4,190,096. Debtor's schedules further reflect secured debt in the amount of $6,121,075, no priority unsecured debt and general unsecured debt in the amount of $1,992,655.

4. Debtor's most recent monthly operating report for December, 2009, reflects cash at the end of December in the amount of $7,202.

5. The Debtor is delinquent with its January and February, 2009 monthly operating reports.

6. The Debtor is not current with its U.S. Trustee's fees and currently owes $1,288.40. The amount due does not yet include amounts owed for the 1st quarter, 2010.

7. A review of the docket in this proceeding indicates that no activity has occurred in this case in several months. On November 18, 2009, the Debtor filed a plan and disclosure statement.

A hearing was held on January 5, 2010 to approve the disclosure statement. Objections were filed. However, to date, the Debtor has not filed an amended disclosure statement and plan that addresses the objections filed.

      8. Section 1112(b)(1) provides that, absent unusual circumstances, the Court shall dismiss or convert a case to Chapter 7 if the movant establishes cause. Section 1112(b)(4) provides a list of causes that would meet the requirements of 11 U.S.C. §1112(b)(1). Failure to pay U.S. Trustee's fees is case pursuant to 11 U.S.C. §1112(b)(4)(K).

      9. Without current monthly reports, the U.S. Trustee cannot determine whether there is sufficient funds to reorganize, indicating an absence of a reasonable likelihood of rehabilitation, cause for dismissal or conversion of the case to Chapter 7 pursuant to 11 U.S.C. §1112(b)(4)(A).

      10. Debtor's failure to abide by the requirements of the Bankruptcy Code is not in the best interests of creditors and the estate and constitutes grounds for dismissal or conversion under 11 U.S.C. §1112.

## CERTIFICATION OF CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 9073-1(D), I have contacted the Debtor to attempt to resolve the issues herein. (Signature below).

WHEREFORE, the United States Trustee respectfully requests this Court enter an Order dismissing or converting this case to Chapter 7 and granting any other or further relief the Court deems just and appropriate.

                                                DONALD F. WALTON
                                                United States Trustee

                                                ___/s/_____
                                                HEIDI A. FEINMAN
                                                Trial Attorney
                                                Florida Bar No. 0879460

Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

| | |
|---|---|
| Julianne R. Frank | fwbbnk@bellsouth.net , mgarbnk@bellsouth.net |
| Brian T. Hanlon | tc_legal_services@co.palm-beach.fl.us |
| James H Harris | harrisj@ahca.myflorida.com |
| Niall T McLachlan | nmclachlan@carltonfields.com , cguzman@carltonfields.com |
| Nadine V. White-Boyd | nwbbnk@bellsouth.net |

I further hereby certify that a true copy of the attached was sent via U.S. mail, properly addressed and with correct postage to the following:

Narda E. Butner
420 Clematis St 2nd Floor
West Palm Beach, FL 33401

Hugh J. Eighmie
221 E Osceola St
Stuart, FL 34994

Rose Greynolds
c/o Ronald Greynolds, guardian
34 Kelly Fields Dr
Alexander, NC 28701

Geoffrey D. Ittleman
2500 Hollywood Blvd #309
Hollywood, FL 33020

Richard H Malchon Jr
401 E Jackson St # 2700
Tampa, FL 33602

      I hereby certify that I am admitted to the Bar of the State of Florida and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to  attorneys representing the United States government.

      DONE this the 7th day of April, 2010.

      _____/s/_____
      HEIDI A. FEINMAN
      Trial Attorney