# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:  

FLORIDA HOUSING CORPORATION
d/b/a Palm Beach Assisted Living Facility
EIN# 65-0764109,
                Debtor.          /

Case No. 08-25324-BKC-PGH
Chapter 11

## MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY

**COMES NOW, DEBTOR**, **FLORIDA HOUSING CORPORATION** by and through its undersigned Counsel, and files this Motion for Sanctions for Willful Violation of the Automatic Stay and as grounds therefor would state as follows:

1.    The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on October 15, 2008.

2.    The Debtor was in the business of operating an assisted living facility. This asset of the Debtor was sold pursuant to Court approval on June 11, 2009.

3.    On January 22, 2010, Debtor objected to Claim Nos. 11 and 13 filed by Steven Pechwasser (hereinafter "Pechwasser"), a former employee of the Debtor, as being late filed, as being duplicative, and for an improper calculation of the amount due (D.E. 128). A response was filed, an assertion was made that the claim is entitled to priority, and a hearing was held at which the Court instructed Pechwasser that additional steps must be taken in order to overcome his procedural infirmities.

4.    After the hearing, Debtor's counsel again approached Pechwasser to talk about settling the objection to his claim. Pechwasser was not receptive.

5. Nearly immediately upon leaving the Court House, Pechwasser went into the assisted living facility formerly owned by the debtor, through the back door, and made attempts to recruit other former employees, "to join him in a lawsuit against" the Debtor to recover money for vacation time. Pechwasser sought, presumably to no avail, business records containing names and addresses of all employees of the assisted living facility for this same purpose. Ultimately, the new owners of the facility had to escort Pechwasser from the facility.

6. 11 U.S.C. § 362 prohibits any attempts to collect on a pre-petition debt after the filing of the bankruptcy.

7. Pechwasser's actions were purely an attempt to collect in full on his claim for unpaid vacation time, as he believes that by rousing additional potential claimants, who were all put on actual notice of the bankruptcy filing at the inception of the case, and who have all failed to file a claim in the case, he will thereby gain leverage.

8. 11 U.S.C. § 362(k)(1) provides in relevant part, "an individual injured by any willful violation of a stay [. . .] shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

9. This court has the power under 11 U.S.C. § 105 to extend the protections afforded an individual debtor under 11 U.S.C. § 362(k) to a corporate Debtor. *See Judge Kimball's Order dated December 2, 2009 in* <u>In re WVF Acquisition, LLC</u>, *Case No. 09-30483-EPK citing* <u>Jove Eng'g, Inc. v. IRS</u>, 92 F.3d 1539, 1553 (11th Cir. 1996).

10. Pechwasser knows of the Bankruptcy and therefore is fully aware of the automatic stay rendering his attempts to collect willful. His actions are designed as a means of collection and as such violate the provisions of the automatic stay. The

debtor has suffered actual damages in the form of additional legal expenses as a direct result of these willful violations, and could potentially face significant additional legal expenses as a result of Pechwasser's actions.

12.   To date, it is estimated that the costs associated with preventing Pechwasser from continuing in his efforts will amount to approximately $1,000.00 in legal fees.  This figure could be significantly larger if Pechwassers actions result in the need to defend against additional unfounded claims for priority wages owed by the Debtor.  Any such additional claims would be the direct result of Pechwasser's violations.

**WHEREFORE**, Debtors respectfully request an Order from this Court granting the Debtor's Motion for Sanctions for Violation of the Automatic Stay, ruling that (a) Steven Pechwasser, by soliciting former employees to join his cause to seek pay for vacation time that he is not entitled to under 11 U.S.C. § 507(a)(4), willfully violated the automatic stay; (b) that this willful violation of the stay has caused and could cause additional injury to the debtor; (c) that the provisions of 11 U.S.C. § 362(k) entitling the Debtor to actual and punitive damages can be extended to a corporate debtor;  (d) that this debtor is entitled to actual damages including attorney's fees and costs in enforcing the automatic stay; and (e) that continued efforts by Pechwasser to solicit assistance from other employees will subject him to punitive damages.

**I HEREBY CERTIFY** that the foregoing Motion has been forwarded this 28th day of    APRIL   , 2010, to all creditors and interested parties on the attached Service List.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court set forth in Local rule 2090-1(A).

          FRANK, WHITE-BOYD, P.A.
          Attorneys for Debtors
          11382 Prosperity Farms Rd., #230
          Palm Beach Gardens, FL  33410
          (561) 626-4700

          By:_____/s_____
          JULIANNE R. FRANK, ESQUIRE
          Florida Bar No. 315745

Y:\Client Matters\Florida Housing Corp\Pleadings\MOTION.Enforce Stay.Pechwasser.wpd

## SERVICE LIST

**Notice provided by electronic mail to:**
Heidi A Feinman Heidi.A.Feinman@usdoj.gov
Julianne R. Frank fwbbnk@bellsouth.net, mgarbnk@bellsouth.net
Brian T. Hanlon tc_legal_services@co.palm-beach.fl.us
James H Harris harrisj@ahca.myflorida.com
Niall T McLachlan nmclachlan@carltonfields.com, cguzman@carltonfields.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Nadine V. White-Boyd nwbbnk@bellsouth.net

**Notice provided by U.S. Mail to:**

Florida Housing Corporation
Attn.: Joe Glucksman
534 Datura Street
West Palm Beach, FL 33401

Narda E. Butner
420 Clematis St 2nd Floor
West Palm Beach, FL 33401

Hugh J. Eighmie
221 E Osceola St
Stuart, FL 34994

Rose Greynolds
c/o Ronald Greynolds, guardian
34 Kelly Fields Dr
Alexander, NC 28701

Geoffrey D. Ittleman
2500 Hollywood Blvd #309
Hollywood, FL 33020

Richard H Malchon Jr
401 E Jackson St # 2700
Tampa, FL 33602

Steven Pechwasser
13681 Exotica Lane
Wellington, FL 33414

Steven Pechwasser
13681 Exotica Lane

West Palm Beach, Florida 33414