

# ORDERED in the Southern District of Florida on May 04, 2010.

*Paul Hyman* (signature)

**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                         Case No. 08-25324-BKC-PGH
                                                                                                   Chapter 11
FLORIDA HOUSING CORPORATION,
d/b/a PALM BEACH ASSISTED
LIVING FACILITY
EIN# 65-0764109,
              Debtor.                           /

**ORDER (I) APPROVING DISCLOSURE STATEMENT;
(II) SETTING HEARING ON CONFIRMATION OF PLAN;
(III) SETTING HEARING ON FEE APPLICATIONS;
(IV) SETTING VARIOUS DEADLINES; AND
(V) DESCRIBING PLAN PROPONENT'S OBLIGATIONS**

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

   **JUNE 29, 2010**   at   **9:30 a.m.**

LOCATION:
**United States Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive
Room 801, Courtroom A
West Palm Beach, FL 33401**

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, PLAN, AND BALLOT:

   **MAY 20, 2010**   (40 days before Confirmation Hearing)

LF-32B (rev. 12/01/09)

DEADLINE FOR OBJECTIONS TO CLAIMS:

   **MAY 20, 2010**    (40 days before Confirmation Hearing)

DEADLINE FOR FEE APPLICATIONS:

   **JUNE 8, 2010**    (21 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS:

   **JUNE 15, 2010**    (14 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CONFIRMATION:

   **JUNE 15, 2010**    (14 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

   **JUNE 15, 2010**    (14 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

   **JUNE 24, 2010**    (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

   **JUNE 24, 2010**    (three business days before Confirmation Hearing)

The court conducted a hearing on January 5, 2010 to consider approval of the disclosure statement filed by FLORIDA HOUSING CORPORATION d/b/a PALM BEACH ASSISTED LIVING FACILITY (the "plan proponent"). The court finds that the disclosure statement (as amended, if amendments were announced by the plan proponent or required by the court at the hearing) contains "adequate information" regarding the plan in accordance with 11 U.S.C. §1125(a). Therefore, pursuant to 11 U.S.C. §1125(b) and Bankruptcy Rule 30l7(b), the disclosure statement is approved.

This order sets a hearing to consider confirmation of the plan ("confirmation hearing"), a hearing on fee applications and sets forth the deadlines and requirements relating to confirmation provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this court.

1. **HEARING TO CONSIDER CONFIRMATION OF PLAN**

The court has set a hearing to consider confirmation of the plan for the date and time indicated above as "CONFIRMATION HEARING". The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

2. **DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS**

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS". All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs. Fee applications shall be timely filed with the court and served (with all exhibits, including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or Examiner that has been appointed; and (v) the U.S. Trustee.

Fee applications will be set for hearing together with the confirmation hearing. The plan proponent shall serve notice of all fee applications pursuant to paragraph 6 below. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

3. **DEADLINE FOR OBJECTIONS TO CONFIRMATION**

The last day for filing and serving objections to confirmation of the plan is indicated

above as "DEADLINE FOR OBJECTIONS TO CONFIRMATION". Objections to confirmation shall be filed with the court and served on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee.

### 4. DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN

The last day for filing a ballot accepting or rejecting the plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN". All parties entitled to vote should receive a ballot from the plan proponent by U.S. Mail pursuant to paragraph 6(A) of this order. If you receive a ballot but your entire claim has been objected to, you will <u>not</u> have the right to vote until the objection is resolved, unless you request an order under Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

### 5. DEADLINE FOR OBJECTIONS TO CLAIMS

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS". All objections to claims must be filed before this date unless the deadline is extended by further order.

### 6. PLAN PROPONENT'S OBLIGATIONS

**(A)** On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" the plan proponent shall serve a copy of this order, the approved disclosure statement (with all amendments, if amendments were announced by the plan proponent or required by the court at the disclosure hearing), and the plan on all creditors, all equity security holders, and all other parties in interest, as required by the Bankruptcy Rules (including those

entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). At the time of serving this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan", customized as required by Local Rule 3018-1 shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the plan. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)** On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS", the plan proponent shall serve a notice of hearing of all fee applications, identifying each applicant and the amounts requested. The notice shall be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy and Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(C)** On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT", the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit". The "Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied. The "Confirmation Affidavit" should be prepared so that by reading it, the court can easily understand the significant terms of the plan and other material facts relating to confirmation

of the plan. The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing without further notice including dismissal, conversion of the case to chapter 7, or the striking of the plan. The court will also consider dismissal or conversion at the confirmation hearing at the request of any party or on the court's own motion.

**###**

**Submitted by:**
JULIANNE R. FRANK, ESQ.
FRANK, WHITE-BOYD, P.A.
11382 Prosperity Farms Rd., #230
Palm Beach Gardens, FL 33410
(561) 626-4700
(561) 627-9479-fax

**Copy provided by electronic mail to:**

Heidi A Feinman on behalf of the U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Julianne R. Frank on behalf of the Debtor
fwbbnk@bellsouth.net, mgarbnk@bellsouth.net

Brian T. Hanlon on behalf of Creditor Palm Beach County Tax Collector
tc_legal_services@co.palm-beach.fl.us

James H Harris on behalf of Creditor Agency for Health Care Administration
harrisj@ahca.myflorida.com

Niall T McLachlan on behalf of Creditor Wachovia Bank National Association
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Nadine V. White-Boyd on behalf of the Debtor
nwbbnk@bellsouth.net

**Copy provided by U.S. Mail to:**

Florida Housing Corporation
Attn.: Joe Glucksman
534 Datura Street
West Palm Beach, FL 33401

Narda E. Butner
420 Clematis St 2nd Floor
West Palm Beach, FL 33401

Hugh J. Eighmie
221 E Osceola St
Stuart, FL 34994

Rose Greynolds
c/o Ronald Greynolds, guardian
34 Kelly Fields Dr
Alexander, NC 28701

Geoffrey D. Ittleman
2500 Hollywood Blvd #309
Hollywood, FL 33020

Richard H Malchon Jr
401 E Jackson St # 2700
Tampa, FL 33602

Steven Pechwasser
13681 Exotica Lane
Wellington, FL 33414

Julianne R. Frank, Esq. is directed to serve a copy of this Order on all creditors and interested parties and file a certificate attesting to any such service.