**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                        Case No. 08-25324-BKC-PGH
                                                                                               Chapter 11
FLORIDA HOUSING CORPORATION,
d/b/a Palm Beach Assisted Living Facility
EIN# 65-0764109,

_____Debtor._____/

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of Notice of Hearing on **MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY [DE#155]** and a true copy of the Motion or other paper that is the subject of the notice of hearing (if not previously provided) was served on all interested parties listed below by electronic mail and/or U.S. Mail on May 5, 2010

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FRANK, WHITE-BOYD, P.A.
Attorneys for Debtor
11382 Prosperity Farms Rd., #230
Palm Beach Gardens, FL  33410
(561) 626-4700

By:   /s/_____
        NADINE V. WHITE-BOYD, ESQ.
        Florida Bar No. 0184144

Dated: May 5, 2010.

## SERVICE LIST

**Notice provided by electronic mail to:**
Heidi A Feinman Heidi.A.Feinman@usdoj.gov
Julianne R. Frank fwbbnk@bellsouth.net, mgarbnk@bellsouth.net
Brian T. Hanlon tc_legal_services@co.palm-beach.fl.us
James H Harris harrisj@ahca.myflorida.com
Niall T McLachlan nmclachlan@carltonfields.com, cguzman@carltonfields.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Nadine V. White-Boyd nwbbnk@bellsouth.net

**Notice provided by U.S. Mail to:**

Florida Housing Corporation
Attn.: Joe Glucksman
534 Datura Street
West Palm Beach, FL 33401

Narda E. Butner
420 Clematis St 2nd Floor
West Palm Beach, FL 33401

Hugh J. Eighmie
221 E Osceola St
Stuart, FL 34994

Rose Greynolds
c/o Ronald Greynolds, guardian
34 Kelly Fields Dr
Alexander, NC 28701

Geoffrey D. Ittleman
2500 Hollywood Blvd #309
Hollywood, FL 33020

Richard H Malchon Jr
401 E Jackson St # 2700
Tampa, FL 33602

Steven Pechwasser
13681 Exotica Lane
Wellington, FL 33414

Steven Pechwasser
13681 Exotica Lane
West Palm Beach, Florida 33414

Y:\Client Matters\Florida Housing Corp\Pleadings\Certificate of Service.HEARING.Motion for Sanctions.Pechwasser.wpd