UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 08-25324-BKC-PGH
Chapter 11

FLORIDA HOUSING CORPORATION,
d/b/a PALM BEACH ASSISTED
LIVING FACILITY,
EIN#65-0764109,
        Debtor.        /

## SUMMARY OF FINAL FEE APPLICATION
## OF FRANK, WHITE-BOYD, P.A., COUNSEL FOR THE DEBTOR

| | | |
|---|---|---|
| 1. | Name of applicant: | Frank, White-Boyd, P.A. |
| 2. | Role of applicant: | Counsel for the Debtor |
| 3. | Name of certifying professional: | Julianne R. Frank, Esq. |
| 4. | Date case filed: | 10/15/08 |
| 5. | Date of application for employment: | 10/16/08 |
| 6. | Date of order approving employment: | 10/29/08 |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | N/A |
| 8. | Date of this application: | 6/8/10 |
| 9. | Dates of services covered: | 8/29/08 to 5/31/10 |
| 10. | If case is chapter 7, amount trustee has on hand: | N/A |

       **Fees...**

| | | |
|---|---|---|
| 11. | Total fee requested for this period (from Exhibit 1) | $ 70,209.25 |
| 12. | Amount paid pre-petition, not yet awarded | $ 43,000.00 |
| 13. | Fees paid or advanced for this period, by other sources | $ 0.00 |
| 14. | **Net amount of fee requested for this period** | **$ 70,209.25** |

       **Expenses...**

| | | |
|---|---|---|
| 15. | Total expense reimbursement requested for this period | $ 3,647.66 |

| | | |
|---|---|---:|
| 16. | Amount paid pre-petition, not yet awarded | $ 1,039.00 |
| 17. | Expenses paid or advanced for this period, by other sources | $ 0.00 |
| **18.** | **Net amount of expense reimbursements requested for this period** | **$ 3,647.66** |
| 19. | Gross award requested for this period (#11 + #15) | $ 73,856.91 |
| **20.** | **Net award requested for this period (#14 + #18)** | **$ 73,856.91[1]** |

## History of Fees and Expenses

1.  Dates, sources, and amounts of retainers received:

    | Dates | Sources | Amounts | For fees or costs? |
    |---|---|---|---|
    | 9/8/08 | Debtor | $ 3,000.00 | Fees |
    | 10/14/08 | Debtor | $40,000.00 | Fees |
    | 10/16/08 | Debtor | $ 1,039.00 | Costs |
    | **Total:** | | **$44,039.00** | |

2.  Dates, sources, and amounts of third party payments received:

    | Dates | Sources | Amounts | For fees or costs? |
    |---|---|---|---|
    | 6/26/09 | Goldstandard Of Care, LLC. | $289,045.92 | Net closing proceeds |
    | 5/14/10 | The Plastridge Agency, Inc. | $ 1,971.68 | Insurance refund |
    | 5/14/10 | Lynch Risk Management & Insurance | $ 4,593.14 | Insurance refund |
    | **Total** | | **$295,610.74*** | |

3.  Prior fee and expense awards...

    None

    *Held in Debtor's attorney's trust account.

---

[1] Net requested fees and costs will be updated at the Final Fee Application hearing to include time and costs from June 1, 2010 through the final hearing date.

**Final Fee Application**

Frank, White-Boyd, P.A., counsel for the Debtor, applies for final compensation for fees for services rendered and costs incurred in these Chapter 11 proceedings. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

>Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

>Exhibit "2" - Summary of Requested Reimbursements of Expenses.

>Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period of August 29, 2008 through May 31, 2010. The requested fees are itemized to the tenth of an hour.

Counsel for the Debtor is seeking final approval of the fees and costs to May 31, 2010 (fees of $70,209.25 for 381.75 hours worked and costs of $3,647.66). Counsel believes this request is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977).

**The Time and Labor Required**: The time and labor required in this case was necessary to the success of this case. During the period covered by this Application, Frank, White-Boyd, P.A. and its attorneys provided essential legal services, negotiation of several cash collateral orders, settlement negotiations and general case administration. The attached Exhibit "3" is a detailed record of services outlining all of the time expended in this matter.

**The Novelty and Difficulty of the Services Rendered**: This case involved novel and difficult issues related to the use of cash collateral and reorganizational plan implementation, as well as business restructuring.

**The Skill Requisite to Perform the Services Properly**: The complexity of the issues required the assistance of experienced counsel.

**The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case**: Counsel's involvement in this proceeding precluded representation in other matters that would have resulted in more current compensation, and with higher prognosis for recovery of fees.

**The Customary Fee**: The hourly fee that is being charged by Debtor's counsel is reasonable and compares favorably to the customary fee charged by other attorneys with commensurate credentials practicing before this Court. The rates are appropriate for attorneys of similar skill and experience.

**Whether the Fee is Fixed or Contingent**: Services were rendered at an hourly rate.

**Time Limitations Imposed by the Client or Other Circumstances**: No time limitations were imposed.

**The Experience, Reputation, and Ability of the Professional**: The experience, reputation, and ability of Julianne R. Frank is reflected in Exhibit "4".

**Benefits and Services Provided to the Estate**: The estate was benefitted by this applicants guidance through the Chapter 11 process by avoiding any adverse actions by secured creditors for enough time for the Debtor to improve its operations to the point at which a buyer became interested in purchasing the facility owned by the Debtor. The applicant spent significant time negotiating with this buyer and the primary secured creditor ultimately finalizing a sale in which secondary secured creditors and unsecured creditors were able to realize some benefit despite the complete lack of equity in the Debtor's assets.

While operating, this applicant assisted the Debtor with all United States Trustee reporting requirements as well as the Agency for Healthcare Administration compliance issue that arose. This applicant successfully negotiated cash collateral arrangements with secured creditors, and successfully objected to and negotiated claims of unsecured creditors.

**The Undesirability of the Case**: The risk that the debtor would not have the ability to continue to operate and turn its business prospects around necessitating a conversion to a chapter 7 in which no assets would be available to cover counsel's fees rendered this case of questionable desirability.

**The Nature and Length of the Professional Relationship of the Client**: To date, Counsel has represented the Debtor for a period of twenty-one (21) months.

**Awards in Similar Cases**: The award sought is believed to be commensurate with that sought in similar cases.

The applicant seeks an award of fees in the amount of $70,209.25 and costs in the amount of $3,647.66 for a total of $73,856.91.

## Certification

1. I have been designated by Frank, White-Boyd, P.A. f/k/a Julianne R. Frank, P.A. (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: N/A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Final Application, with all exhibits, was mailed this 8th day of  JUNE , 2010, to all of the interested parties listed below.

> FRANK, WHITE-BOYD, P.A.
> Attorneys for the Debtor
> 11382 Prosperity Farms Rd., #230
> Palm Beach Gardens, FL 33410
> (561)626-4700
> (561)627-9479-fax
> By:               /s/Julianne R. Frank
>      JULIANNE R. FRANK, ESQUIRE
>      Florida Bar No. 315745

**Notice provided by electronic mail to:**

Heidi A Feinman on behalf of the Office of the U.S. Trustee
Heidi.A.Feinman@usdoj.gov

Brian T. Hanlon on behalf of Creditor Palm Beach County Tax Collector
tc_legal_services@co.palm-beach.fl.us

James H Harris on behalf of Creditor Agency for Health Care Administration
harrisj@ahca.myflorida.com

Richard H Malchon Jr on behalf of Creditor LaSalle Bank National Association, as Trustee for the GS Mortgage Securities Corporation II, Commercial Pass-Through Certificate, Series 1998-C1
richard.malchon@ruden.com

Niall T McLachlan on behalf of Creditor Wachovia Bank National Association
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Julianne R. Frank on behalf of Debtor
fwbbnk@bellsouth.net, mgfwb@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Nadine V. White-Boyd on behalf of Debtor
nwbbnk@bellsouth.net

**Notice provided by U.S. Mail to:**

Florida Housing Corporation
534 Datura Street, Suite 420
West Palm Beach, FL 33401

Y:\Client Matters\Florida Housing Corp\Pleadings\FEE APP.Final.wpd

**Summary of Professional and
Paraprofessional Time
Total per Individual
for this Period Only**

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Julianne R. Frank, Esq. | Partner | 1980 | 57.15 | $350* | $20,377.50 |
| Nadine V. White-Boyd, Esq. | Partner | 1999 | 45.70 | $250** | $11,755.00 |
| Michael J. Kasen | Associate(awaiting admittance) | | 256.75 | $150 | $36,357.50 |
| Mattie Garcia | Paraprofessional | | 8.65 | $ 85** | $   756.25 |
| Donna McKeehan | Paraprofessional | | 13.50 | $ 85 | $   963.00 |
| Blended Average Hourly Rate: | | | | | $   184.00 |
| Total fees: | | | | | $70,209.25 |

# EXHIBIT "1-A"

*Hourly rate increased to $425 per hour as of January 1, 2010
**Hourly rate increased to $300 per hour as of July 15, 2009
***Hourly rate increased to $100 per hour as of July 15, 2009

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL
TIME BY ACTIVITY CODE CATEGORY**

Activity Code: **Case Administration**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Julianne R. Frank | $350* | 44.10 | $15,580.00 |
| | Nadine V. White-Boyd | $250** | 32.80 | $ 8,305.00 |
| Associates: | Michael J. Kasen | $150 | 188.15 | $26,622.50 |
| Paralegals: | Mattie Garcia | $85*** | 6.15 | $   523.75 |
| | Donna McKeehan | $85 | 5.00 | $   248.75 |
| | **Activity Subtotal:** | **$51,280.00** | | |

Activity Code: **Employment Application**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Julianne R. Frank | $350* | 1.45 | $   542.50 |
| | Nadine V. White-Boyd | $250** | 3.80 | $   950.00 |
| Associates: | Michael J. Kasen | $150 | 4.50 | $   675.00 |
| Paralegals: | Mattie Garcia | $85*** | .40 | $    34.00 |
| | Donna McKeehan | $85 | .10 | $    35.00 |
| | **Activity Subtotal:** | **$2,236.50** | | |

Activity Code: **Litigation**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Julianne R. Frank | $350* | | $ |
| | Nadine V. White-Boyd | $250** | .90 | $   225.00 |
| Associates: | Michael J. Kasen | $150 | .40 | $    60.00 |
| Paralegals: | Mattie Garcia | $85*** | | $ |
| | Donna McKeehan | $85 | | $ |
| | **Activity Subtotal:** | **$285.00** | | |

# EXHIBIT "1-B"

*Hourly rate increased to $425 per hour as of January 1, 2010
**Hourly rate increased to $300 per hour as of July 15, 2009
***Hourly rate increased to $100 per hour as of July 15, 2009

| Activity Code: | **Plan and Disclosure Statement** | | | |
|---|---|---|---|---|
| | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
| Partners: | Julianne R. Frank | $350* | 2.10 | $   862.50 |
| | Nadine V. White-Boyd | $250** | 1.70 | $   510.00 |
| Associates: | Michael J. Kasen | $150 | 33.40 | $ 5,010.00 |
| Paralegals: | Mattie Garcia | $85*** | .95 | $     95.00 |
| | Donna McKeehan | $85 | 2.15 | $   182.75 |
| | **Activity Subtotal:** | **$6,660.25** | | |

| Activity Code: | **Claims Administration and Objections** | | | |
|---|---|---|---|---|
| | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
| Partners: | Julianne R. Frank | $350* | .70 | $   297.50 |
| | Nadine V. White-Boyd | $250** | 1.50 | $   450.00 |
| Associates: | Michael J. Kasen | $150 | 16.40 | $ 2,130.00 |
| Paralegals: | Mattie Garcia | $85*** | .15 | $     12.75 |
| | Donna McKeehan | $85 | 4.80 | $   403.00 |
| | **Activity Subtotal:** | **$3,293.25** | | |

| Activity Code: | **Asset Analysis and Recovery** | | | |
|---|---|---|---|---|
| | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
| Partners: | Julianne R. Frank | $350* | 5.60 | $1,960.00 |
| | Nadine V. White-Boyd | $250** | | $ |
| Associates: | Michael J. Kasen | $150 | 2.10 | $     90.00 |
| Paralegals: | Mattie Garcia | $85*** | | $ |
| | Donna McKeehan | $85 | | $ |
| | **Activity Subtotal:** | **$2,050.00** | | |

# EXHIBIT "1-B" (CONTINUED)

*Hourly rate increased to $425 per hour as of January 1, 2010
**Hourly rate increased to $300 per hour as of July 15, 2009
***Hourly rate increased to $100 per hour as of July 15, 2009

| Activity Code: | **Meeting of Creditors** | | | |
|---|---|---|---|---|
| | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
| Partners: | Julianne R. Frank | $350* | 1.30 | $ 455.00 |
| | Nadine V. White-Boyd | $250** | 1.00 | $ 250.00 |
| Associates: | Michael J. Kasen | $150 | 1.80 | $ 270.00 |
| Paralegals: | Mattie Garcia | $85*** | .35 | $ 29.75 |
| | Donna McKeehan | $85 | | $ |
| | **Activity Subtotal:** | **$1,004.75** | | |

| Activity Code: | **Preparation and Review of Reports Required by U.S. Trustee** | | | |
|---|---|---|---|---|
| | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
| Partners: | Julianne R. Frank | $350* | 1.90 | $ 680.00 |
| | Nadine V. White-Boyd | $250** | 2.40 | $ 615.00 |
| Associates: | Michael J. Kasen | $150 | 9.70 | $1,455.00 |
| Paralegals: | Mattie Garcia | $85*** | .70 | $ 61.00 |
| | Donna McKeehan | $85 | .65 | $ 25.50 |
| | **Activity Subtotal:** | **$2,836.50** | | |

| Activity Code: | **Fee Application** | | | |
|---|---|---|---|---|
| | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
| Partners: | Julianne R. Frank | $350* | | $ |
| | Nadine V. White-Boyd | $250** | 1.60 | $ 450.00 |
| Associates: | Michael J. Kasen | $150 | .30 | $ 45.00 |
| Paralegals: | Mattie Garcia | $85*** | | $ |
| | Donna McKeehan | $85 | .80 | $ 68.00 |
| | **Activity Subtotal:** | **$563.00** | | |

## EXHIBIT "1-B" (CONTINUED)

*Hourly rate increased to $425 per hour as of January 1, 2010
**Hourly rate increased to $300 per hour as of July 15, 2009
***Hourly rate increased to $100 per hour as of July 15, 2009

Page 10 of 11

**SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES**

| | | |
|---|---|---|
| 1. | Filing Fees | $ 1,039.00 |
| 2. | Process Service Fees | $ |
| 3. | Witness/Document Fees | $ |
| 4. | Court Reporter Fees and Transcripts | $ 123.00 |
| 5. | Lien and Title Searches | $ |
| 6. | Photocopies | |
| | (a) In-house copies (6067 at 15¢/page) | $ 910.05 |
| | (b) Outside copies ($0) | $ |
| 7. | Postage | $ 896.15 |
| 8. | Overnight Delivery Charges- FedEx | $ 36.46 |
| 9. | Outside Courier/Messenger Services | $ |
| 10. | Long Distance Telephone Charges | $ |
| 11. | Long Distance Fax Transmissions | |
| | ( copies at $1/page) | $ 120.00 |
| 12. | Computerized Research - PACER | $ 523.00 |
| 13. | Computerized Research Printing | $ |
| 14. | Other Permissible Expenses | $ |
| | (a) Court Call Conference    ($___) | |
| | (b) Parking for hearing       ($___) | |

Total Expense Reimbursement Requested          $ 3,647.66

# EXHIBIT "2"