UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 08-25324-BKC-PGH
                                                Chapter 11
FLORIDA HOUSING CORPORATION
d/b/a PALM BEACH ASSISTED
LIVING FACILITY

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
JUN 08 2010
FILED MC RECEIVED

_____ Debtor _____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

The plan filed by FLORIDA HOUSING CORPORATION on April 21, 2010 can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it. This ballot is for creditor (insert name) Contact Property Management for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim CapMark Finance, Inc. as special server for LaSalle National Bank as Trustee | Class I | $ |
| ☒ Inferior Mortgage Holders | Class II | $1,182,715.00 |
| ☐ General Unsecured Claims | Class III | $ |
| | | |

The undersigned [Check One Box]     ☒ Accepts     ☐ Rejects

the plan for reorganization of the above-named debtor.

Signed: /s/ [signature]

Print Name: Contact Property Management

Address: c/o Daniel S. Mandel, Esq
         2700 North Military Trail, Suite 355
         Boca Raton, Florida 33431

Phone:   561-826-1740

Date:    6/4/10

★★★FILE THIS BALLOT ON OR BEFORE ___6/15/10___ ★★★

with:  Clerk of Bankruptcy Court
       ☐ 51 SW First Ave., Room 1510, Miami, FL 33130
       ☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
       ☒ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**

LF-33 (rev. 12/01/09)