Case 08-25324-PGH    Doc 183    Filed 07/02/10    Page 1 of 2



ORDERED in the Southern District of Florida on July 02, 2010.

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                           Case No. 08-25324-BKC-PGH
                                                 Chapter 11
FLORIDA HOUSING CORPORATION,
d/b/a PALM BEACH ASSISTED
LIVING FACILITY,
EIN#65-0764109,
         Debtor.          /

## ORDER ALLOWING FINAL FEES TO FRANK, WHITE-BOYD, P.A.

After notice to all creditors, this Court has examined the final fee application [DE#172] and supplemental fee application [DE#180] filed by counsel for the Debtor in this case at hearing on June 29, 2010. The Court has considered the application and finds that the following allowance is reasonable:

    a.    **Counsel, Frank, White-Boyd, P.A.**, attorneys for the Debtor, has requested final compensation and expenses in the amount of $76,040.50 representing fees plus costs of $4,147.66, for a total of $80,188.16.

This Court approves fees in the sum of $76,040.50 and costs of $4,147.66, for a

total of $80,188.16.  The Court also authorizes final payment of $33,040.50 and costs of $1,039.00 for a total final payment of $36,149.16, which is the approved outstanding balance due after application of the pre-filing retainer in the amount of $44,039.00.

Specific findings and the considerations supporting these conclusions have been omitted in the interest of brevity, but will be prepared and filed at the request of any party if received by this Court within ten (10) days after the entry of this Order.

###

**Submitted by:**
JULIANNE R. FRANK, ESQ.
Frank, White-Boyd, P.A.
11382 Prosperity Farms Rd., #230
Palm Beach Gardens, FL 33410
(561) 626-4700
(561) 627-9749-fax

**Copy provided by electronic mail to:**
Heidi A Feinman on behalf of the Office of the U.S. Trustee
Heidi.A.Feinman@usdoj.gov

Brian T. Hanlon on behalf of Creditor Palm Beach County Tax Collector
tc_legal_services@co.palm-beach.fl.us

James H Harris on behalf of Creditor Agency for Health Care Administration
harrisj@ahca.myflorida.com

Richard H Malchon Jr on behalf of Creditor LaSalle Bank National Association, as Trustee for the GS Mortgage Securities Corporation II, Commercial Pass-Through Certificate, Series 1998-C1
richard.malchon@ruden.com

Niall T McLachlan on behalf of Creditor Wachovia Bank National Association
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Julianne R. Frank on behalf of Debtor
fwbbnk@bellsouth.net, mgfwb@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Nadine V. White-Boyd on behalf of Debtor
nwbbnk@bellsouth.net

**Copy provided by U.S. Mail to:**
Florida Housing Corporation
534 Datura Street, Suite 420
West Palm Beach, FL 33401

ATTORNEY JULIANNE R. FRANK IS DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER IMMEDIATELY UPON RECEIPT TO ALL CREDITORS AND INTERESTED PARTIES AND FILE A CERTIFICATE OF SERVICE.
Y:\Client Matters\Florida Housing Corp\Pleadings\ORDER.Final Fee Application.FWB.wpd